| | | |
|---|---|---|
| MODA INGLESIDE OIL TERMINAL, LLC | § § § | |
| | § | **C.A. NO. 2:21-CV-39** |
| Plaintiff, | § | |
| | § | **Admiralty Fed. R. Civ. P. 9(h)** |
| v. | § | |
| | § | |
| M/T RIVERSIDE its engines, tackle, etc., *in rem*, M/T NORDIC AQUARIUS, its engines, tackle, etc., *in rem*, et al. | § § § | |
| | § | |
| Defendants. | § | |

## EXHIBIT A
### Persons With Knowledge of Relevant Facts

1. **MODA Ingleside Oil Terminal LLC**
   **Any and All Relevant Employees or Representatives of MODA Ingleside Oil Terminal, LLC**
   c/o Royston, Rayzor, Vickery & Williams LLP
   Jack Partridge
   Robert Spangler
   802 N. Carancahua St.
   Ste. 1300
   Corpus Christi, Texas 78401
   (361) 884-8808
   *Plaintiff*

2. **Glory Riverside Navigation Ltd.**
   c/o Welder Leshin LLP
   Dabney Pettus
   Carra Miller
   800 N. Shoreline Blvd.
   Ste. 300N
   Corpus Christi, Texas 78401
   (361) 561-8000
   *Defendant*

3. **Active Denizcilik VE GEMI**
   c/o Welder Leshin LLP
   Dabney Pettus
   Carra Miller
   800 N. Shoreline Blvd.
   Ste. 300N
   Corpus Christi, Texas 78401
   (361) 561-8000
   *Defendant*

4. **Thome Ship Management Pte Ltd**
   c/o Welder Leshin LLP
   Dabney Pettus
   Carra Miller
   800 N. Shoreline Blvd.
   Ste. 300N
   Corpus Christi, Texas 78401
   (361) 561-8000
   *Defendant*

5. **M/T RIVERSIDE**
6. Yashpal Singh Chahar – Master
7. Konstantin Timchenko – Chief Officer
8. Serkan Gokcen – 2nd Officer
9. Reyson Cabrera Zaraspe – 3rd Officer
10. Lloyd Vijayanand D. Almeida – Chief Engineer
11. Ozgur Aldemir – 2nd Engineer
12. Dennis Alfonso Marzo Sipin – 3rd Engineer
13. Shuvam Majumdar – 5th Engineer
14. Govind Singh Khati - ETO
15. Gerry Nicolas Lozano - Bosun
16. Orlando Mazo Angelo - AB
17. Ronnel Remotin Dela Cruz - AB
18. Lawrence Boholst Angeles - AB
19. Sultan Bantulay Rene Jr. - OS
20. Michael Delmoro Catalan - OS
21. Sudarshana Konchady - Fitter
22. Jade Dagumo Pamatin - Motorman
23. Jeresano Abrigo Sofronio Jr. - Wiper
24. Erwin Tero Chatto – Chief Cook
25. Peter John Poja Romero – Messman
    *Vessel and crew*

26. **M/T NORDIC AQUARIUS**
    **Any and all Relevant Officers or Crew of M/T NORDIC AQUARIUS**
    c/o James T. Bailey
    Robert L. Klawetter
    Cameron A. Hatzel
    Eastham, Watson, Dale & Forney, L.L.P.
    808 Travis St., Ste. 1300
    Houston, TX  77002
    *Vessel and crew*

    **OCY Aquarius Ltd.**
    c/o James T. Bailey
    Robert L. Klawetter
    Cameron A. Hatzel
    Eastham, Watson, Dale & Forney, L.L.P.
    808 Travis St., Ste. 1300
    Houston, TX  77002
    *Defendant*

27. **NAT Chartering Ltd.**
    c/o James T. Bailey
    Robert L. Klawetter
    Cameron A. Hatzel
    Eastham, Watson, Dale & Forney, L.L.P.
    808 Travis St., Ste. 1300
    Houston, TX  77002
    *Defendant*

28. **V. Ships Norway AS**
    c/o James T. Bailey
    Robert L. Klawetter
    Cameron A. Hatzel
    Eastham, Watson, Dale & Forney, L.L.P.
    808 Travis St., Ste. 1300
    Houston, TX  77002
    *Defendant*

29. **Riben Marine, Inc.**
    16101 Cuttysark St.
    Corpus Christi, TX  78418
    (361) 815-7388
30. Jay Rivera
    *Consultant for Plaintiff*

31. **Tug SIGNET HONOR**
    *Tug and crew*

32. **K3 Maritime Agency, Inc.**
    1302 Waugh Dr., Ste. 280
    Houston, TX 77019
    (504) 613-4680
33. Maddie Stork
34. Kenneth Allen
    *RIVERSIDE's local contact*

35. **Det Norske Veritas**
    1400 Ravello Dr.
    Katy, TX 77449
    (281) 396-1000
36. Paulo Cesar Brito
37. HaoBing Yu
    *Vessel's class surveyors*

38. **Aransas-Corpus Christi Pilots Association**
    743 Channelview Dr.
    Port Aransas, Texas 78373
    (361) 749-5444
39. Capt. Justin Anderson – apprentice pilot of RIVERSIDE
40. Capt. Ben Watson –pilot of RIVERSIDE
41. Capt. Cory Fontenot – pilot of NORDIC AQUARIUS
42. Capt. Tripp Webb – pilot of NORDIC AQUARIUS
    *Pilots*

43. **MAN Energy Solutions - USA**
    1758 Twinwood Pkwy.
    Brookshire, TX 77423
    (713) 780-4200
44. Joseph Jude
    *Engine superintendent for RIVERSIDE*

45. **Houston Ship Repairs**
    8303 Millet St.
    Houston, TX 77012
46. Rawi Rawat
    *Engine technician*

47. **United States Coast Guard**
    249 Glasson Dr.
    Corpus Christi, Texas 78406
    (361) 939-0200

48.    CWO Ashley Wells
       *Port state control*

49.    **24/7 ONSITE Drug & Alcohol Testing**
       226 S. Enterprize Pkwy., Ste. 114
       Corpus Christi, TX  78405
       (361) 929-5664
       *Drug testing of RIVERSIDE crew*

50.    **McKay Marine**
       921 Seaco Ave., Ste. 3173
       Deer Park, TX  77536
       (281) 479-1515
       *Electronic data converter*

51.    **3D Marine USA, Inc.**
       12411 Donna Lane
       Houston, TX  77067
52.    Syed Aazid Ali
       *Surveyor representing RIVERSIDE's Charterer*

53.    **Compliance Systems, Inc.**
54.    Russ Amcher
       *RIVERSIDE's Qualified Individual*

55.    **Maricot Inc.**
       P.O. Box 4402
       Corpus Christi, TX  78469
       (361) 960-1931
       *Surveyor for Plaintiff*