**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **MODA INGLESIDE OIL TERMINAL, LLC** | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 2:21-cv-00039** |
| **V.** | § § | **Admiralty Fed. R. Civ. P. 9(h)** |
| **RIVERSIDE its engines, tackle, etc.,** *in rem* **et al.** | § § § § | |
| **Defendants.** | § § | |

# JOINT NOTICE OF SETTLEMENT

COME NOW the Plaintiff, Moda Ingleside Oil Terminal, LLC, and Defendants M/T Riverside and its engines, tackle, etc., *in rem*, Glory Riverside Navigation Ltd., *in personam*, Active Denizcilik Ve Gemi İşletmeciliği A.S., *in personam*, and Thome Ship Management PTE Ltd., i*n personam*, M/T Nordic Aquarius, *in rem*, OCY Aquarius Ltd., *in personam*, NAT Chartering Ltd., *in personam*, and V Ships Norway AS, *in personam,* (all collectively referred to as "the Parties"), and pursuant to Local Rule 16.3 hereby give notice of the settlement of all claims and causes of action between the Parties asserted in this civil action.

I.

The Parties are in the process of finalizing settlement documents and arranging for funding of the settlement. The settlement is anticipated to be concluded in the next 45 days with an Agreed Motion to Dismiss being submitted to the Court.

Respectfully submitted,

*Jack C. Partridge*
_____
Jack C. Partridge, Attorney in Charge
State Bar No. 15534600
Federal I.D. No. 10470
jack.partridge@roystonlaw.com
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
802 N. Carancahua, Suite 1300
Corpus Christi, Texas 78401
Telephone: (361) 884-8808
Facsimile: (361) 884-7261
**Attorney for Plaintiff Moda Ingleside Oil
Terminal, LLC**


*/s/ Dabney Welsh Pettus*
_____
Dabney Welsh Pettus
State Bar No. 24033443
Federal ID No. 29959
*dpettus@welderleshin.com*
Paul M. Mullen
State Bar No. 24119325
Federal ID No. 3745631
*pmullen@welderleshin.com*
WELDER LESHIN LLP
800 North Shoreline Blvd.
Suite 300, North Tower
Corpus Christi, TX 78401
Telephone: (361) 561-8000
Telefax: (361) 561-8001
**Attorneys for Defendants,
M/T RIVERSIDE, *in rem*,
Glory Riverside Navigation Ltd., Active
Shipping Ve Gemi İşletmeciliği A.S., and Thome
Ship Management PTE Ltd., i*n personam***

*/s/ James T. Bailey*
Robert L. Klawetter
State Bar No. 11554700
Federal ID No. 2471
*rklawetter@sbsb-eastham.com*
James T. Bailey
State Bar No. 24031711
Federal ID No. 30347
*jbailey@sbsb-eastham.com*
SCHOUEST, BAMDAS, SOSHEA, BENMAIER &
EASTHAM PLLC
1001 McKinney Street, Suite 1400
Houston, TX 77002
Telephone: (713) 225-0905
Facsimile: (713) 574-2942
**Attorneys for Defendants, M/T Nordic**
**Aquarius, *in rem*, OCY Aquarius Ltd.,**
**NAT Chartering Ltd., and V Ships Norway AS,**
***in personam***

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on November 3, 2022, in accordance with the Federal Rules of Civil Procedure, the foregoing was served to the following counsel by the means indicated.

## VIA ECF SYSTEM:

Dabney Welsh Pettus
State Bar No. 24033443
Federal ID No. 29959
*dpettus@welderleshin.com*
Paul M. Mullen
State Bar No. 24119325
Federal ID No. 3745631
*pmullen@welderleshin.com*
WELDER LESHIN LLP
800 North Shoreline Blvd.
Suite 300, North Tower
Corpus Christi, TX 78401
Telephone: (361) 561-8000
Telefax: (361) 561-8001
**Attorneys for Defendants,**
**M/V RIVERSIDE, *in rem*,**
**Glory Riverside**
**Navigation Ltd., Active Shipping Ve Gemi**
**İşletmeciliği A.S., and Thome Ship**
**Management PTE Ltd., i*n personam***

Robert L. Klawetter
State Bar No. 11554700
Federal ID No. 2471
*rklawetter@sbsb-eastham.com*
James T. Bailey
State Bar No. 24031711
Federal ID No. 30347
*jbailey@sbsb-eastham.com*
SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM PLLC
1001 McKinney Street, Suite 1400
Houston, TX 77002
Telephone: (713) 225-0905
Facsimile: (713) 574-2942
**Attorneys for Defendants, M/T Nordic**
**Aquarius, *in rem*, OCY Aquarius Ltd., NAT**
**Chartering Ltd., and V Ships Norway AS, *in personam***


*/s/ Jack C. Partridge*
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.